UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gabriel F. Martinez</u>

      v.                                Civil No. 12-cv-331-JD

<u>Victor F. Petrenko, et al.</u>

<u>O R D E R</u>

On January 5, 2013, an Order was issued which stated that either a return of service or motion to extend time to effect service as to Defendant Ice Code, LLC was to be filed by January 11, 2013, or that defendant would be dismissed without prejudice.  As no response to this order has been filed, it is herewith ordered that Defendant Ice Code, LLC is dismissed without prejudice.

SO ORDERED.

                                                <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: January 18, 2013

cc:  Benjamin King, Esq.
     Martha Van Oot, Esq.